

1998 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-19-1998

# United States v. Muhammad

Precedential or Non-Precedential:

Docket 97-5230

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1998

Recommended Citation

"United States v. Muhammad" (1998). *1998 Decisions.* Paper 144.
http://digitalcommons.law.villanova.edu/thirdcircuit_1998/144

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1998 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
                    UNITED STATES COURT OF APPEALS
                       FOR THE THIRD CIRCUIT




                            No. 97-5230
                          USA v. Muhammad


     The following modifications have been made to the Court's
opinion issued on June 4, 1998 in the above-entitled appeal and
will appear as part of the final version of the opinion:


     1.  Page 1, change the first name of counsel for appellant
to "Lori".


     Thank you for attending to these matters.




                              /s/ P. Douglas Sisk,
                                      Clerk




June 19, 1998
```